**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

VILLA ENTERPRISES MANAGEMENT, LTD., INC.,

Plaintiff,

CASE NO.: 6:21-CV-00127

vs.

THE CHARTER OAK FIRE INSURANCE COMPANY,

Defendants.

---

**DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's Local Rules:

1. The name of each person, lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity that has or might have an interest in the outcome of this action:

Villa Enterprises Management, LTD., Inc.

Villa Enterprises Management LTD

Villa Enterprises Management Ltd

Villa Pizza of Arizona, Inc.

Villa Pizza Enterprises, LLC

Villa Enterprises LLC

Arizona Restaurants, LLC

Villa Master, LLC

Villa Pizza of Northwest LLC

Cozzoli, L.L.C

Villa Pizza of California LLC

Cento & Fanti Of Topanga LLC

Cento & Fanti Of California LLC

Villa Pizza of Northwest Inc

Lakewood Mall Vfik, LLC

Villa Enterprise Pizza Inc.

Villa Pizza Inc

Villa Restaurant, Inc

Crossings at Flatiron, LLC

Crossing at Flatiron LLC

Villa Park Meadows, LLC

International Villa II, Inc

Villa Specialties of The Gulf Cost, Inc

Villa Pizza Enterprises Inc.

Villa Pizza Investments Inc

Villa Pizza Specialties, Inc.

Cozzoli's Villa Broward LLC

Perugia, LLC

Villa Pizza Specialties Inc

Boca Town Pizza LLC

Orlando Food Hall, LLC

Villa of Georgia LLC

Villa Pizza Inc

Villa Restaurant LLC

Villa Enterprises Mgmt, Inc

Villa Enterprises Pizza, Inc

Northpark Mall, Inc

Villa Pizza of Kansas, Inc.

Villa Pizza LLC

Villa Pizza Inc

Villa Pizza of Louisiana Inc

River Walk Pizza LLC

Villa Pizza LLC

Villa Ristorante Inc

Villa Pizza of Salisbury, Inc.

Philly Steaks & Grinders Inc

Villa Westminster LLC

Villa Pizza Enterprises, Inc

Michigan Restaurant LLC

Mall of America Pizza LLC

Villa Wichita Falls Inc

Red Rock Restaurant LLC

Henderson Vp LLC

Fiesta Restaurant LLC

Cupino LLC

Surish Inc Villa Pizza & Restaurant

Lupusco Holing Corp

Bidiatsco Inc

Villa Enterprises, Inc.

George & Martha LLC

Black Horse Tavern & Pub LLC

Mackenzie's, LLC

The Office of Montclair LLC

The Office of Ridgewood LLC

The Office of Summit LLC

The Office of Morristown LLC

Town Bar and Grill LLC

Dolce Vita, LLC

Villa Pizza of Bellport, Inc

South Philly, LLC

Dolce Vita LLC

Villa Pizza II Inc

Villa Pizza of Ohio Inc

Villa Restaurant of Ohio Inc

Villa Woodland Hills, LLC

International Villa II Inc

Grillworks, Inc

Villa Pizza of Pa Inc

Villa Enterprises Management, Ltd LLC

Lupusco Inc

Philly Steak & Grinders, Inc.

Villa Pizza Enterprises Inc

Philly Steaks & Subs, Inc

Dolce Vita Philadelphia LLC

Villa Pizza LLC

Villa Enterprises Management Ltd Inc.

Villa Organization Inc

Villa Espresso, Inc

Luca Villa Pizza Inc

Villa Pizza of San Marcos Inc

Villa Pizza Of La Plaza, Inc.

Cozzoli's -Central Texas Pizza, LLC

Austin Abc, Inc

Grande Pizza LLC

Houston Chelsea LLC

Villa Pizza Investment Inc

Villa Pizza Investments, Inc.

Villa Pizza of The Southwest Inc

Villa Organization II Inc

Villa Pizza Investments, Inc.

Villa Pizza of Harlingen LLC

Villa Espresso Inc.

Villa Specialties Inc

Philly Steaks & Subs, Inc

Villa Pizza of Fashion Center LLC

Grill Works, Inc.

Villa Pizza of Fashion Center LLC

Villa Pizza Specialties LLC

Villa Pizza Enterprises LLC

Villa Pizza of Tampa, LLC

Villa Pizza of Tampa LLC

Villa Pizza of Tampa LLC

Villa of NC, LLC

Everything Yogurt Brands, Inc.

Orlando Food Hall, LLC

Villa Concepts, LLC

Bidiatsco, Inc.

America Pizza of Mn, LLC

Cento & Fanti Of Topanga, LLC

Villa Espresso, Inc.

R. Gerard Capital, LLC c/o Day Pitney, LLC

Tucker H. Byrd, Byrd Campbell, P.A.

Thomas C. Allison, Byrd Campbell, P.A.

Alan B. Garfinkel, Garfinkel Law

Karen M. Marcell, Garfinkel Law

2. The name of every other entity whose publicly traded shares or debt may potentially be affected by the outcome of the proceedings:

None.

3. The name of each other entity likely to actively participate in the proceedings, including in a bankruptcy proceeding the debtor and each member of the creditor's committee:

None.

4. Each person arguably eligible for restitution:

None other than as named in paragraph 1.

5. Check one of the following:

__X__ a. I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

_____ b. I certify that I am aware of a conflict or basis of recusal of the district judge or magistrate judge as follows:

_______________________________________________________________

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 3, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which furnished a copy of the foregoing via electronic mail to all counsel of record.

*/s/ Thomas Allison*
**Tucker H. Byrd**
Florida Bar No. 381632
**Thomas C. Allison**
Florida Bar No. 35242
**BYRD CAMPBELL, P.A.**
180 Park Avenue North, Suite 2A
Winter Park, Florida 32789
Telephone: (407) 392-2285
Facsimile: (407) 392-2286
Primary: TByrd@ByrdCampbell.com
Primary: TAllison@ByrdCampbell.com
Secondary: EGarcia@ByrdCampbell.com
*Attorneys for Plaintiff*

**Alan B. Garfinkel**
Florida Bar No. 813796
**Karen M. Marcell**
Florida Bar No. 051640
**GARFINKEL LAW**
300 Maitland Ave.
Maitland, Florida 32751-4724
Telephone: (407) 539-3900
Facsimile: (407) 386-8485
Primary Email: agarfinkel@lovegwlaw.com
Primary Email: kmarcell@lovegwlaw.com
*Attorneys for Plaintiff*